UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTELEPEER CLOUD COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>MILLICORP, INC.,<br><br>    Defendant. | Case No. 16-cv-00303-MEJ<br><br>**ORDER RE: DAMAGES CALCULATION**<br><br>Re: Dkt. No. 11 |

On March 16, 2016, Plaintiff filed a Motion for Default Judgment, in which it requests the Court enter an order granting default judgment on its claims against Defendant Millicorp, Inc., awarding damages in the amount of $158,630.06, plus interest. Dkt. No. 11. As Defendant has not responded to the Motion, Plaintiff need not file a reply (or a proposed order, as the Court previously requested). However, in calculating damages, the Court notes that Plaintiff provided unpaid invoices totaling only $142,493.41. *See* Compl., Ex. 5. Further, Plaintiff provides no information regarding its calculation of interest, although it appears to be based on section 4.4 of the MSA. Accordingly, the Court ORDERS Plaintiff to file a declaration, including relevant documentation, explaining the (1) $158,630.06 requested damages, and (2) calculation of interest. Plaintiff shall file its declaration by April 7, 2016. No chambers copy is required.

    **IT IS SO ORDERED.**

Dated: April 4, 2016

                                                  _____
                                                MARIA-ELENA JAMES
                                                United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28