UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTELEPEER CLOUD COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>MILLICORP, INC.,<br><br>    Defendant. | Case No. 16-cv-00303-JD<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 14 |

On April 7, 2016, Magistrate Judge Maria-Elena James issued a report and recommendation on plaintiff's pending motion for default judgment (Dkt. No. 11), after requiring plaintiff to file a supplemental declaration to support its calculation of claimed damages and interest (Dkt. No. 12). Dkt. No. 14. No objections have been filed in response to the report, and the time to file objections has expired. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). The Court has carefully reviewed the report and finds it to be thorough and well-reasoned. The Court consequently adopts the report and recommendation in full.

For the reasons set forth in Magistrate Judge James's report, the Court grants plaintiff IntelePeer Cloud Communications, LLC's motion for default judgment. The Court awards plaintiff (1) principal in the amount of $142,493.41 and (2) interest at the rate of 1.5% per month compounded monthly, through the date of judgment. The clerk will enter judgment and close the case.

**IT IS SO ORDERED.**

Dated: May 9, 2016

_____
JAMES DONATO
United States District Judge