United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTELEPEER CLOUD COMMUNICATIONS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>MILLICORP, INC.,<br><br>  Defendant. | Case No. 16-cv-00303-JD<br><br>**JUDGMENT** |

On May 9, 2016, the Court granted plaintiff IntelePeer Cloud Communications, LLC's motion for default judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court enters judgment against defendant Millicorp, Inc.

**IT IS SO ORDERED.**

Dated: May 9, 2016

JAMES DONATO
United States District Judge